No. 68860.—Roto Bag Machine Corp. and Markand Thakar et al. v. United States, protests 62/10225, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of bag-making machines and parts thereof similar in all material respects to those the subject of Abstract 66656, the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 5, 1964

No. 68861.—Aristo-Craft Distinctive Miniatures et al. v. United States, protests 61/18017, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 68862.—Eldon Industries, Inc. v. United States, protests 63/5532, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.